NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD HILL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD**
*Respondent.*

---

2012-3093

---

Petition for Review of the Merit Systems Protection Board in case no. AT1221110409-W-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 14-day extension of time, until June 26, 2012, to file its response brief. Reginald Hill opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___**JUN 0 8 2012**___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Reginald Hill
      Calvin Morrow, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 8 2012**

**JAN HORBALY**
**CLERK**